IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1294 (RGA) |
| | ) |
| BOSTON SCIENTIFIC CORPORATION | ) |
| | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP           YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Brian P. Egan*                                                      */s/ Karen L. Pascale*

Jack B. Blumenfeld (#1014)                                    Karen L. Pascale (#2903)
Brian P. Egan (#6227)                                              Pilar G. Kraman (#5199)
Anthony D. Raucci (#5948)                                     Rodney Square
1201 North Market Street                                       1000 North King Street
P.O. Box 1347                                                          Wilmington, DE 19801
Wilmington, DE  19899                                          (302) 571-6600
(302) 658-9200                                                         kpascale@ycst.com
jblumenfeld@mnat.com                                         pkraman@ycst.com
began@mnat.com
araucci@mnat.com                                                 *Attorneys for Defendant*
                                                                                   *Boston Scientific Corporation*

*Attorneys for Plaintiff*
 *Edwards Lifesciences LLC*

January 16, 2019